IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY NAVETTA,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 14-5724** |
| | : | |
| **KIS CAREER SCHOOL, INC.** | : | |
| **d/b/a KEYSTONE TECHNICAL** | : | |
| **INSTITUTE,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 4th day of May, 2016, upon consideration of the defendant's motion to dismiss the complaint for improper venue or alternatively to transfer the case to the Middle District of Pennsylvania (Document #4), the plaintiff's response thereto (Document #8), the defendant's reply brief (Document #13), and the plaintiff's sur-reply (Document #17), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that this case is TRANSFERRED to the Middle District of Pennsylvania at Harrisburg. The Clerk of Court is directed to transfer the file and all original documents in this action to the Clerk of Court for the Middle District of Pennsylvania at Harrisburg.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.